IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER ANTONIO CRENSHAW                                    PLAINTIFF

v.                    Civil No. 4:17-cv-04002

NURSE L. REDFEARN; LIEUTENANT
GOLDEN ADAMS; WARDEN M. MOORE;
GRIEVANCE OFFICER A. LANDRETH;
And SHERIFF RON
STOVALL                                                         DEFENDANTS

## ORDER

Plaintiff Christopher Antonio Crenshaw proceeds in this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. Currently before the Court is Defendant Redfearn's Motion to Compel. ECF No. 15.

Defendant Redfearn has not attempted to confer with Plaintiff in an effort to obtain the discovery responses without court action as required by Federal Rule of Civil Procedure 37. Plaintiff's incarceration does not excuse Defendant from attempting to resolve the discovery dispute in good faith without court intervention by contacting him through written correspondence notifying him of his failure to timely respond and giving him a deadline to respond prior to filing a motion to compel.

Accordingly, Defendants' Motion to Compel (ECF No. 15) is **DENIED.**

**IT IS SO ORDERED this 6th day of April 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE