IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER ANTONIO CRENSHAW                                              PLAINTIFF

        v.        Civil No. 4:17-cv-04002

NURSE L. REDFEARN; LIEUTENANT
GOLDEN ADAMS; WARDEN M. MOORE;
GRIEVANCE OFFICER A. LANDRETH;
And SHERIFF RON STOVALL                                                   DEFENDANTS

## ORDER

Plaintiff Christopher Antonio Crenshaw proceeds in this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. Currently before the Court is Defendant Nurse Loni Redfearn's Second Motion to Compel. ECF No. 18. Plaintiff has not responded.

In her Motion, Defendant states she first sent discovery requests to Plaintiff on or before February 8, 2017. Defendant indicates the responses were due by March 13, 2017, and to date Plaintiff has not responded. The discovery requests were not returned as undeliverable. On April 4, 2017, Defendants attempted to resolve this discovery dispute in good faith without court intervention and sent correspondence to Plaintiff requesting his past-due discovery responses. The correspondence was not returned as undeliverable. Plaintiff again failed to respond.

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests. Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A). Plaintiff did not request an extension of time to respond to Defendants' discovery requests. Therefore, Plaintiff has failed to respond in the time provided by law.

Accordingly, Defendants' Motion to Compel (ECF No. 18) is **GRANTED.** Plaintiff is **DIRECTED** to provide Defendants with the required responses to the discovery requests **by 5:00**

1

**p.m. on Friday, May 19, 2017. Plaintiff is advised that failure to comply with this Order may result in the dismissal of this case.**

**IT IS SO ORDERED this 9th day of May 2017.**

<u>/s/ Barry A. Bryant</u>
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE