IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER ANTONIO CRENSHAW                                              PLAINTIFF

v.                    Civil No. 4:17-cv-04002

NURSE L. REDFEARN; LIEUTENANT
GOLDEN ADAMS; WARDEN M. MOORE;
GRIEVANCE OFFICER A. LANDRETH;
And SHERIFF RON STOVALL                                                   DEFENDANTS

## JUDGMENT

On January 4, 2017, Plaintiff Christopher Antonio Crenshaw filed this 42 U.S.C. § 1983 action *pro se*. (ECF No. 1). Before the Court is Plaintiff's failure to obey orders of the Court. For the reasons stated in the order of even date, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED,** this 19th day of October, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge